David M. Korrey, Esq.
Nevada Bar No. 6385
LAW OFFICES OF DAVID M. KORREY
624 South Ninth Street
Las Vegas, NV 89101
Tel:(702) 471-0200
Fax:(702) 471-1313
E-mail: dkorrey@aol.com

Attorneys for Plaintiff
VAUGHN NATHANIEL JOHNSON

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VAUGHN NATHANIEL JOHNSON,<br><br>           Plaintiff,<br><br>vs.<br><br>CHARLES R. SLAUGHTER II, CELEDON TRUCKING SERVICES, INC., a business whose form is unknown, DOES 1 through 10, and ROE CORPORATIONS 1 through 10, inclusive,<br><br>           Defendants. | Case No: 2:19-cv-01245-JCM-BNW<br><br>***AMENDED*** **STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE**<br>**[Doc 17]** |

Plaintiff and Defendants, by and through their respective counsel, hereby stipulate that the

///
///
///
///
///
///
///
///

SAO-Dismissal                                                                                                           2:19-cv-01245-JCM-BNW

above action be dismissed by the Court with prejudice, each party to bear their own attorneys fees and costs.

**SO STIPULATED:**

Dated: June 7, 2021                     LAW OFFICES OF DAVID M. KORREY

/s/ David M. Korrey
By: David M. Korrey, Esq.
Attorney for Plaintiff

Date: June 7, 2021                      Marquis Aurbach Coffing

/s/Tye S. Hanseen
By: Tye S. Hanseen, Esq.
Attorney for Defendants

**IT IS SO ORDERED:**

Dated: June 11, 2021

_____
U.S. DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing *AMENDED* **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE [DOC 17]** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on June 7, 2021.

  <u>  X  </u>   I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

  <u>    </u>   I further certify that some of the participants are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage pre-paid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar day to the following non-CM/ECF participants:

/s/*David M. Korrey*
an employee of Law Offices of David M. Korrey

SAO-Dismissal            - 3 -            2:19-cv-01245-JCM-BNW